HONORABLE RICARDO S. MARTINEZ

# UNITED STATED DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JON R. GILLIS,<br><br>                  Plaintiff,<br><br>     vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company,<br><br>                  Defendant. | Case No.: 2:20-cv-00739-RSM<br><br>**ORDER GRANTING STIPULATION FOR REMAND** |

THIS MATTER having come before the Court on the parties' Stipulation for Remand. Dkt. #7. Accordingly, this case is hereby REMANDED to the King County Superior Court, Case No. 20-2-07890-1 SEA, without an award of costs, expenses or attorney fees to either party.

The Clerk shall close this file and send a certified copy of this Order to the Clerk of Court for the King County Superior Court.

Dated this 8th day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION FOR REMAND
(2:20-cv-00739-RSM) - 1

HOCHMAN LEGAL GROUP, PLLC
4580 KLAHANIE DR. S.E., SUITE 165
SAMMAMISH, WA  98029
(425) 392-1548

Presented by:

HOCHMAN LEGAL GROUP, PLLC

By *s/ Joe Hochman*
Joe Hochman, WSBA #21018
Hochman Legal Group, PLLC
4580 Klahanie Drive S.E., Suite 165
Sammamish, WA  98029
Telephone: (425) 392-1548
Fax: (425) 526-5791
E-mail: Joe@HLGLAW.com
Attorney for Petitioner
BMW of North America, LLC

ORDER GRANTING STIPULATION FOR REMAND
(2:20-cv-00739-RSM) - 2

HOCHMAN LEGAL GROUP, PLLC
4580 KLAHANIE DR. S.E., SUITE 165
SAMMAMISH, WA  98029
(425) 392-1548